HAZEL S. JAECKEL v. RICHARD JAECKEL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 807.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

LEOPOLD MANNABERG v. THEODORE W. HERBST et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See ante, p. 818.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

## (February 18, 1944.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THE SAVARINS, INC., Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that no attempt was made on the part of the people to establish that the defendant had "violated the provisions of Section 152, subdivision twelfth of the Sanitary Code of the City of New York", as set forth in the information. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FRED PALEIAS, as Administrator of the Estate of ADOLPH PALEIAS, Deceased, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [181 Misc. 1003.] [See post, p. 901.]

SAMUEL FISHMAN, Respondent, v. WILLIAM TUCKER et al., Doing Business under the Name of TUCKER & GOODHEART, Appellants.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EMIL J. SONDERLICK, Appellant, v. THOMAS H. SIMMONS et al., Defendants, and THOMAS J. HALLINAN, Defendant-Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 902.]

DENIS CLEARY, Respondent, v. JOHN O'KEEFE et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ESTHER EDELMAN, Respondent, v. LUCIEN BRICE, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and deny the motion. [See post, p. 901.]

SAM RUDIN, Respondent, v. CINDY FROCKS, INC., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ISABEL STINSON, Respondent, v. MAY M. LALOR et al., as Administrators of the Estate of MARY G. BRESLIN, Deceased, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 902.]

MICHAEL OLIN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ATTILLIO CROCE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.